UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60273-UU

UNITED STATES OF AMERICA

vs.

JAMES L. SIMMONS,

        **Defendant.**
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately March 2018 and continuing through in or around approximately April 2019, in Broward County, the Southern District of Florida, and elsewhere, the defendant, JAMES L. SIMMONS ("SIMMONS"), did knowingly combine, conspire and agree with other co-conspirators, in violation of Title 18, United States Code, Section 1349, to commit health care fraud, that is, to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare is a health care benefit program affecting commerce.

SIMMONS was the owner of MedSymphony, LLC ("MedSymphony") and Meetmydoc, LLC ("Meetmydoc"), both corporations organized under the laws of the State of South Carolina,

with their principal place of business in the District of South Carolina. MedSymphony and Meetmydoc were telemedicine companies that purported to provide a software platform enabling medical providers to access patient records electronically and remotely, and to prescribe medical services to individuals, including genetic tests. Through MedSymphony and Meetmydoc, SIMMONS's co-conspirators obtained prescriptions for genetic testing of Medicare beneficiaries that was not eligible for reimbursement from the Medicare program.

Specifically, as SIMMONS knew, patient brokers located in the Southern District of Florida, including but not limited to Christopher Miano, Dean Austin, Michael Molz and Dean Baker, and elsewhere, targeted and recruited Medicare beneficiaries to receive genetic testing through telemarketing campaigns.

After beneficiaries agreed to take the genetic tests, the patient brokers paid SIMMONS, MedSymphony and Meetmydoc for consultations provided by telemedicine doctors, who used the MedSymphony and Meetmydoc software platforms to sign requisition orders authorizing the genetic testing. As SIMMONS knew, the telemedicine doctors were not treating the beneficiary for any specific medical problem, symptom, illness or diagnosis, and were not going to use the results in the management of the beneficiary's specific medical problems, as required by Medicare. As SIMMONS knew, the patient brokers sold the genetic tests and doctor's orders to laboratories, including Personalized Genetics, LLC, who then billed Medicare for the tests. As SIMMONS knew, the laboratories paid kickbacks, by means of check and wires, to the patient brokers based on a set percentage of the amount the laboratories received from Medicare for performing the tests. As SIMMONS knew, the patient brokers used this money to pay SIMMONS for the telemedicine consulations.

2

As a result of SIMMONS's participation in the conspiracy, SIMMONS received approximately $382,350. As a result of SIMMONS's participation in the conspiracy, Personalized Genetics, LLC billed Medicare approximately $6,178,348 for genetic tests that were not eligible for reimbursement, of which Medicare paid of $2,502,953.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 2/7/2020

JAMES L. SIMMONS
Defendant

BRIAN MCEVOY, ESQ.
Attorney for Defendant

2-27-20
TIMOTHY P. LOPER
Trial Attorney